UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DE'ANGELO WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:18CV63 DDN |
| CINDY GRIFFITH, | ) ) ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court lacks jurisdiction to grant the writ.

A district court's jurisdiction over writs filed pursuant to 28 U.S.C. § 2241 is geographically limited to the judicial district in which petitioner's custodian is located. 28 U.S.C. § 2241(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). Petitioner is currently confined in the Jefferson City Correctional Center. Petitioner's custodian, therefore, is located within the Western District of Missouri. Consequently, this Court lacks jurisdiction to grant the writ. Rule 12(h)(3) of the Federal Rules of Civil Procedure requires that the Court dismiss any action over which it lacks jurisdiction.[1]

Accordingly,

---

[1] Additionally, it appears that petitioner's arguments center around frivolous anti-government rhetoric typical to "sovereign" or "redemption" movements. These arguments are legally frivolous and are subject to dismissal. *See United States v. Hart*, 701 F.2d 749, 750 (8th Cir. 1983) (per curiam); *United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013), *cert. denied*, 2014 WL 1621678 (May 27, 2014); *United States v. Benabe,* 654 F.3d 753, 761–67 (7th Cir.2011).

**IT IS HEREBY ORDERED** that petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that alternatively, petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** as legally frivolous.

Dated this 18th day of January, 2018.

*[signature]*

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE